UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CAUSE NO. 3:14-CR-84-RLM |
| | ) | |
| JAMES DEAN GARCIA | ) | |

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty on January 12, 2015. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 27), ACCEPTS defendant James Dean Garcia's plea of guilty, and FINDS the defendant guilty of the sole count of the Indictment, in violation of 18 U.S.C. § 922(g).

SO ORDERED.

ENTERED: January 28, 2015

/s/ Robert L. Miller, Jr.
Judge
United States District Court